Leon R. BELLIS, Appellant,

v.

The TIMES-PICAYUNE, Appellee.

No. 21422.

United States Court of Appeals
Fifth Circuit.

Feb. 23, 1965.

Thomas J. Toranto, Jr., New Orleans, La., for appellant.

Ashton Phelps and Peter G. Burke, New Orleans, La., Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., of counsel, for appellee.

Before JONES and BROWN, Circuit Judges, and SHEEHY, District Judge.

PER CURIAM:

The facts which give rise to this controversy and the applicable law are set forth in the opinion of the district court. Bellis v. Times-Picayune, D.C., 226 F.Supp. 552. We are in agreement with and adopt its opinion. Its judgment is

Affirmed.

Gerhard Willy GAWANTKA, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE.

No. 15141.

United States Court of Appeals
Third Circuit.

Submitted Feb. 12, 1965.

Decided Feb. 26, 1965.

Gerhard Willy Gawantka, pro se.

Merna B. Marshall, Asst. U. S. Atty., Philadelphia, Pa., for respondent.

Before KALODNER, STALEY and FREEDMAN, Circuit Judges.

PER CURIAM:

On review of the record we find no error.

The Order of the Board of Immigration Appeals will be affirmed.